**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Yueseyuan CRUEL, Defendant–Appellant.**

**No. 02–4973.**

United States Court of Appeals, Fourth Circuit.

Submitted April 1, 2003.

Decided April 14, 2003.

Yueseyuan Cruel, Appellant Pro Se. Kevin Frank McDonald, Office of the United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINS, Chief Judge, and LUTTIG and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Yueseyuan Cruel pled guilty to making, uttering, and possessing counterfeit securities drawn on American Federal Bank, and aiding and abetting, in violation of 18 U.S.C. §§ 2, 513 (2000). Cruel was sentenced to thirty months imprisonment and we affirmed his conviction and sentence on direct appeal. *See United States v. Cruel,* 57 Fed.Appx. 186 (4th Cir.2003) (unpublished). One of the arguments Cruel raised in his direct appeal was that the Secret Service and the district court lacked authority to adjudicate the matter. *Id.* Cruel now appeals from the same criminal proceeding alleging that the district court erred by denying his motion to dismiss the indictment against him and his "Motion to Dismiss for Lack of Territorial Jurisdiction," on the ground that the district court lacked jurisdiction over him. Because we addressed and rejected Cruel's jurisdictional arguments in his direct appeal, we decline to entertain the issue again. Thus, we affirm the orders of the district court. We dispense with oral argument as the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*